IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UPPER OHIO VALLEY LABORERS SECURITY FUND, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:08cv364 |
| | : Chief Judge Susan J. Dlott |
| MMIC, INC., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on February 12, 2009 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 4, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff is awarded liquidated damages in the amount of $380.95; plaintiff is awarded interest in the amount of $104.25 and plaintiff is awarded attorney fees in the amount of $1,748.00 and costs of $385.80.

IT IS SO ORDERED.

                                                         ___s/Susan J. Dlott_____
                                                         Chief Judge Susan J. Dlott
                                                         United States District Court